UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **GREAT AMERICAN ASSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**KRISPY KREME DOUGHNUT CORPORATION** and<br><br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**<br><br>Defendants. | **Civil Action No. 1:23-CV-01103** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Great American Assurance Company ("GAAC"), through counsel, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1

Respectfully submitted this 14th day of February, 2024.

        **GREAT AMERICAN ASSURANCE COMPANY**

        /s/ John S. Buford
        John B. Mumford, Jr. (NC Bar No. 56900)
        John S. Buford (NC Bar No. 28455)
        HANCOCK, DANIEL & JOHNSON, P.C.
        4701 Cox Rd., Suite 400
        Glen Allen, VA 23060
        jmumford@hancockdaniel.com
        jbuford@hancockdaniel.com
        Telephone: (804) 967-9604
        Facsimile: (804) 967-9888
        *Counsel for Plaintiff Great American Assurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties by electronically filing the same with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to counsel of record, and/or by direct email to known counsel for parties not appearing.

This the 14th day of February, 2014.

/s/ John S. Buford<br>
John S. Buford

3

Case 1:23-cv-01103-LCB-JEP   Document 13   Filed 02/14/24   Page 3 of 3